UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MALIBU MEDIA LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 3:13-CV-71-JD-CAN |
| ) | |
| DIANA FARLER, ) | |
| ) | |
| Defendant. ) | |

**SCHEDULING ORDER**

On August 1, 2013, this Court ordered the parties to submit written status reports by September 3, 2013, in order that this Court could issue a corresponding scheduling order pursuant to Fed. R. Civ. P. 16. Plaintiff with the Court's order by filing its status report on September 3, 2013. As of this date, Defendant, proceeding *pro se*, has not filed the required status report. However, this Court remains obligated to fulfill its duties under Fed. R. Civ. P. 1 and 16. Therefore, the Court interprets Defendant's silence as deference to this Court's judgment as to case management and now enters the following order, embodying a schedule, to control the progress of this litigation.

The parties shall complete their exchange of mandatory disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by **October 10, 2013.**

Discovery shall be completed by **March 13, 2014,** pursuant to Fed. R.Civ. P. 26 thru 37. Each party may serve up to 25 interrogatories upon any other party. Each party may serve up to 25 requests for admission and requests for production of documents upon any other party. Each party may take up to 5 depositions. Depositions shall not exceed 7 hours, unless the parties otherwise stipulate or the court so orders. The plaintiff shall file and serve its experts' reports,

if any, under Fed. R. Civ. P. 26(a)(2) by **December 12, 2013**; the defendant shall file and serve its experts' reports, if any, under Fed. R. Civ. P. 26(a)(2) by **January 9, 2014**.

The parties shall supplement their disclosures and discovery responses pursuant to Fed. R. Civ. P. 26(e) every six weeks until trial.

Amendments to the pleadings or joinder of parties without leave of court shall be accomplished by **November 7, 2013.**

Because the presiding judge will set the deadline for dispositive motions and trial date separately, the summary judgment deadline in Fed. R. Civ. P. 56(b) shall not apply in this case. Moreover, the timing of filing pretrial disclosures under Fed. R. Civ. P. 26(a)(3) shall be governed by separate order.

**SO ORDERED.**

Dated this 12th day of September, 2013.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge
