# RETURN OF SERVICE

State of Indiana  County of Northern  Court

Case Number: 1:13-CV-00071-RLM-RBC

Plaintiff:
**Malibu Media LLC**

vs.

Defendant:
**Brian Berghorn**

Received by Affordable Process Service Inc. on the **29th** day of July, 2013 at 8:22 am to be served on **Brian Berghorn, 1625 Columbia Avenue, Fort Wayne, IN 46805.**

I, Heather Roudebush, do hereby affirm that on the **7th day of October, 2013** at **8:25 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Amended Complaint - Action For Damages For Property Rights Infringment with Exhibits** with the date and hour of service endorsed thereon by me, to: **Brian Berghorn** at the address of: **1625 Columbia Avenue, Fort Wayne, IN 46805**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: W, Height: 5'10, Weight: 240, Hair: BRN/GRY, Glasses: Y

I certify that I am over the age of 18, not a party to the action, in the judicial circuit in which the process was served.

Heather Roudebush
Process Server

Affordable Process Service Inc.
5868 East 71st Street
Suite E-229
Indianapolis, IN 46220
(317) 776-0044
Our Job Serial Number: HLR-2013000438

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n