UNITED STATES DISTRICT COURT
NORTHERN DISTRICT INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 3:13-cv-00071-JD-CAN |
| ) | |
| v. ) | |
| ) | |
| DIANA FARLER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**UNOPPOSED MOTION TO CONTINUE HEARING
SCHEDULED FOR JANUARY 17, 2014 AT 3:00 PM**

Plaintiff, Malibu Media, LLC, moves for entry of an order continuing the hearing currently scheduled for tomorrow, Friday, January 17, 2014 at 3:00 pm, and states:

1. On December 17, 2013, this Court entered an Order scheduling a hearing on Plaintiff's Motion for Extension of Time Within Which to Serve Expert Witness Reports for January 17, 2014 at 3:00 pm before the Honorable Christopher A. Nuechterlein [CM/ECF 22].

2. Yesterday, January 15, 2014, undersigned received a courtesy copy of a letter motion from Defendant requesting that the Court continue the hearing. Defendant explains that she is in the process of hiring an attorney to represent her in this matter and that she has difficulty traveling to the conference.[1]

3. Upon receipt of the letter, given Defendant's circumstances, Plaintiff attempted to contact the Defendant via telephone in an attempt to amicably resolve the case and avoid the need for the parties to attend a hearing, but there was no answer. Undersigned again attempted

---

[1] This letter motion contains phone numbers and other potentially private information regarding the Defendant. Defendant stated in the letter that she has mailed same to the Court for filing. Out of an abundance of caution, Plaintiff has not included the letter in order to preserve the Defendant's privacy. That being said, should the Court request a copy of the letter, Plaintiff will provide it to the Court.

1

to contact Defendant this morning, but has not received a response. Plaintiff has called Defendant at least six times since yesterday.

4. This morning, undersigned contacted the Clerk to advise of the situation. The Clerk also attempted to call the Defendant but received no response.

5. Given Defendant's hardship, Plaintiff respectfully requests that the Court enter an order continuing the scheduling conference to a later date, as the Court's schedule may permit.

6. In light of the Defendant's letter, Plaintiff's motion is unopposed.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order continuing the January 17, 2014 hearing to a later date, as the Court's schedule may permit.

Dated: January 16, 2014

                    NICOLETTI & ASSOCIATES, PLLC

By:   /s/ *Paul J. Nicoletti*
      Paul J. Nicoletti, Esq. (P44419)
      36880 Woodward Ave, Suite 100
      Bloomfield Hills, MI 48304
      Tel: (248) 203-7800
      Fax: (248) 203-7801
      E-Fax: (248) 928-7051
      Email: paul@nicoletti-associates.com
      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s/ *Paul J. Nicoletti*

## SERVICE LIST

Diana Farler
531 Ohio St
Rochester, IN 46975
*Pro se*