UNITED STATES DISTRICT COURT
NORTHERN DISTRICT INDIANA
SOUTH BEND DIVISION

=FILED=
JAN 14 2014
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT INDIANA

MALIBU MEDIA, LLC
  Plaintiff,
v.
Diana L. Farler
  Defendant

CIVIL ACTION CASE NO: 3:13-CV-71-JD-CAN

## ANSWER TO AMENDED COMPLAINT

Plaintiff, Malibu Media, LLC, Sues Diana Farler and alleges:

Your Honour,

I am filing a motion to ask for an extension for this court hearing scheduled for Jan 17, 2014 at 3:00pm in South Bend Indiana. I am still having a difficult time finding representation that I can afford, my only income is my disability. I am also limited on a vehicle for travel. I have honestly been trying to find representation to no avail.

I am seeking an extension on this hearing because I am going to try to see if any local colleges law clinics will be interested in representing me. I feel the depth of this case requires I have proper representation that I'm entitled to. If I can't find representation at a college I will pursue getting a public defender appointed to me.

Page 2
01/09/14

I greatly appreciate your time and patience in this matter and am very sorry for any inconvienence I may have caused. Most of the charges I dont fully understand and am trying my hardest to find some sort of representation to explain many facts to me in laymans terms.

I have included my address and phone number for the record.

Deana L. Farler
531 Ohio St.
Rochester IN
46975

1-574-847-7035 - Home
1-574-835-3763 - Cell

Mailed Jan 10-2014 at Fulton County Post Office

Sincerely:

Deana L Farler