IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

v.

        Case No. 3:13-cv-00071-JD-CAN

DIANA FARLER,

        Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Malibu Media, LLC, and Defendant Diana Farler, subscriber assigned IP address ("Defendant"), by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant Diana Farler respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant Diana Farler's claims against each other, with each party to bear its own attorneys' fees and costs.

Consistent herewith Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

        Respectfully submitted,

/s/ Paul J. Nicoletti
Paul J. Nicoletti, Esquire
Nicoletti & Associates, PLLC
36880 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48303
Phone: 248-203-7800
paul@nicoletti-associates.com
*Attorney for Plaintiff*

/s/ Diana Farler
Diana Farler
531 Ohio Street
Rochester, IN 46975
*Pro Se Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2014, the foregoing *Stipulation of Dismissal* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

Case No. 3:13-cv-00071-JD-CAN

v.

DIANA FARLER,

        Defendant.

                         **ORDER ON STIPULATION FOR DISMISSAL**

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant Diana Farler's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant Diana Farler's claims against each other in this matter are hereby dismissed with prejudice.
2. Each party shall bear its own attorneys' fees and costs.
3. This case is closed for administrative purposes.

SO ORDERED this _17_ day of _January_, 2014.

                                            By:
                                               **UNITED STATES MAGISTRATE JUDGE**