AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | | COURT NAME AND LOCATION<br>U.S. District Court, Northern District of Indiana<br>South Bend Division<br>204 S. Main St., South Bend, IN 46601 |
|---|---|---|
| DOCKET NO.<br>3:13cv71 | DATE FILED<br>2/5/2013 | |
| PLAINTIFF<br>Malibu Media, LLC | | DEFENDANT<br>John Doe subscriber assigned IP address 98.206.76.26 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  PA0001776836 | Faye Prelude to an Orgy | Malibu Media, LLC |
| 2  PA0001814785 | Formidable Beauty | Malibu Media, LLC |
| 3  PA0001815353 | Heart and Soul | Malibu Media, LLC |
| 4  PA0001817756 | Inside Perfection | Malibu Media, LLC |
| 5  See attachment | See attachment | See attachment |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED  41(a)(1)Dismissal<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☒ No | DATE RENDERED<br>1/21/2014 |
|---|---|---|
| CLERK<br>Robert N. Trgovich | (BY) DEPUTY CLERK<br>/s/Marijana Ciric | DATE<br>1/21/2014 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**CONTINUATION OF DOCUMENT AO-121**

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 5. PA0001776804 | Leila Faye Awesome Threesome | Malibu Media, LLC |
| 6. PA0001806469 | Morning Memories | Malibu Media, LLC |
| 7. PA0001800355 | Morning Tryst | Malibu Media, LLC |
| 8. PA0001808631 | Photo Fantasy | Malibu Media, LLC |
| 9. PA0001808629 | Russian Invasion | Malibu Media, LLC |
| 10. PA0001805261 | Side by Side | Malibu Media, LLC |
| 11. PA0001817761 | Then They Were Three | Malibu Media, LLC |
| 12. PA0001808630 | Three for the Show | Malibu Media, LLC |
| 13. PA0001804939 | Threes Company | Malibu Media, LLC |
| 14. PA0001805315 | Unbelievably Beautiful | Malibu Media, LLC |
| 15. PA0001806474 | Underwater Lover | Malibu Media, LLC |
| 16. PA0001817757 | Waterfall Emotions | Malibu Media, LLC |
| 17. PA0001811852 | Young Passion | Malibu Media, LLC |

NIN9